**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-179-GCM-DCK**

| | | |
|---|---|---|
| **BONITA MCLEAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Notice Regarding Scheduling Order," which the Court construes as a "Motion For Extension Of Time" (Document No. 11) filed September 25, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Notice Regarding Scheduling Order," (Document No. 11) is **GRANTED**. Plaintiff shall have up to and including **November 3, 2017** to file a motion for summary judgment and supporting memorandum; and Defendant shall have up to and including **January 3, 2018** to file a motion for summary judgment and supporting memorandum. Further extensions of these deadlines are unlikely.

Signed: October 3, 2017

David C. Keesler
United States Magistrate Judge